1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11  THERESA BROOKE                    No. 2:22-cv-00018-MCE-DMC
12           Plaintiff,
13      v.                            **ORDER**
14  KAIDAN HOSPITALITY, LP,
15           Defendant.
16

17   Each of the parties in the above-captioned case has filed a "Consent to Proceed
18  Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D.
19  Cal. R. 305, both the district court judge assigned to the case and the magistrate judge
20  must approve the reference to the magistrate judge.
21      The undersigned has reviewed the file herein and recommends that the above-
22  captioned case be assigned and referred to the magistrate judge for all further
23  proceedings and entry of final judgment.
24  ///
25  ///
26  ///
27  ///
28  ///

1

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Dennis M. Cota.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:22-cv-00018-DMC.  All currently scheduled dates presently set before Judge England are hereby VACATED.

Dated:  April 18, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  April 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE