IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | No. 2:22-CV-0018-DMC |
| Plaintiff, | |
| v. | ORDER |
| KAIDEN HOSPITALITY, LLP, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c), see also ECF No. 9. On the Court's own motion, the matter is set for a status conference in Redding, California, on June 8, 2022, at 10:00 a.m. The parties shall meet and confer and file on or before June 1, 2022, a joint statement addressing any requested modifications of the current pre-trial schedule as well as proposed dated for a pre-trial conference and commencement of trial.

IT IS SO ORDERED.

Dated: April 22, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1