# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>KAIDAN HOSPITALITY LP,<br><br>Defendant. | Case No: 2:22-cv-0018-DMC<br><br>**ORDER** |

On stipulation and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed with prejudice; each party to bear their own fees and expenses. The Clerk of the Court is directed to close this file.

Dated: June 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE